THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7            UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
8                    AT SEATTLE

9   MICHELLE AND LESTER WHITE, wife    )
    and husband,                       )
10                                     )
                                       )   Case No. 2:18-CV-00901
11                 Plaintiff,          )
                                       )   [PROPOSED] ORDER GRANTING
12         v.                          )   LEAVE FOR WITHDRAWAL AND
                                       )   SUBSTITUTION OF COUNSEL FOR
13  NATIONAL RAILROAD PASSENGER        )   DEFENDANT CITY OF SEATTLE
    CORPORATION d/b/a AMTRAK; and CITY )
14  OF SEATTLE,                        )
                                       )
15                 Defendants.         )
    _____)

16         THIS MATTER having come before the Court upon the Stipulated Motion for Leave to

17  Withdraw and Substitute Counsel for Defendant City of Seattle (Dkt. #12), and the Court being fully

18  advised,

19         IT IS HEREBY ORDERED that attorneys Tara Gillespie and the City of Seattle

20  Attorney's Office be permitted to withdraw as counsel for Defendant City of Seattle in the above-

21  entitled action.

22         DATED this 25th day of September 2018.

23

24

25  HON. JAMES L. ROBART

26

27

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Presented By:

LANE POWELL PC


By: _/s Andrew G. Yates_
Tim D. Wackerbarth, WSBA No. 13673
wackerbartht@lanepowell.com
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com
Warren E. Babb, Jr., WSBA No. 13410
babbw@lanepowell.com
Jeffrey M. Odom, WSBA No. 36168
odomj@lanepowell.com

Attorneys for Defendant National Railroad
Passenger Corporation


Approved as to Form:

SEATTLE CITY ATTORNEY'S OFFICE


By: _/s/ Tara N. Gillespie_
Tara N. Gillespie, WSBA No. 38610
tara.gillespie@seattle.gov

Attorneys for Defendant City of Seattle

~~PROP~~. ORDER GRANTING LEAVE FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEF CITY OF SEATTLE - 2
CASE NO. 2:18-CV-00901-JLR

019188.0407/7426834.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107