UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE WHITE, et al.,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C18-0901JLR<br><br>ORDER DENYING STIPULATED MOTION TO EXTEND TRIAL AND RELATED DATES |

Before the court is the parties' stipulated motion to amend the court's order setting the trial date and related dates. (Mot. (Dkt. # 25); *see also* 8/24/18 Min. Order (Dkt. # 11).) The parties ask the court to continue the trial date, currently set for November 25, 2019, to May 11, 2020, and to reset other related dates. (Mot. at 1.)

A scheduling order may be modified only for good cause and with the court's consent. Fed. R. Civ. P. 16(b)(4). The parties do not explain why they seek to continue

//

ORDER - 1

the trial date. (*See generally* Mot.) The court thus concludes that the parties have failed to demonstrate good cause and DENIES the parties' motion.

The court is willing, however, to move this matter to the end of its trial calendar and issue a new scheduling order based on that new trial date for any deadlines that have not already lapsed. In deciding whether to accept this alternative, the parties should be aware that the court is presently scheduling trials in the fall of 2020. If the parties agree on this alternative, they should so inform the court within seven days of the date of this order.

Dated this 13th day of May, 2019.

The Honorable James L. Robart
U.S. District Court Judge